**Order entered September 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00212-CR
No. 05-14-00213-CR

**JOE POLANCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81063-2011, 401-80435-2012**

## ORDER

The clerk's record in cause no. 05-14-00212-CR (trial court no. 401-81063-2011) does not contain a copy of appellant's notice of appeal. The clerk's record in cause no. 05-14-00213-CR (trial court no. 401-80435-2012) does not contain a copy of the trial court's judgment revoking community supervision or appellant's notice of appeal.

Accordingly, we **ORDER** the Collin County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing the items identified above.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County District Clerk and to counsel for all parties.

/s/  DAVID EVANS
    JUSTICE